AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division



Weber-Stephen Products Co.

v.

Armitage Hardware, etal

**JUDGMENT IN A CIVIL CASE**

Case Number: 00 C 1738

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's motion for voluntary dismissal with prejudice is granted. This action is dismissed, including defendant Armitage Hardware's counterclaim, with prejudice and without costs or fees pursuant to FRCP 41.

Michael W. Dobbins, Clerk of Court

Date: 8/25/2000

Gladys Lugo, Deputy Clerk